IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DAVE WILLIAMS, | : | |
|---|---|---|
| | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | NO. 11-3122 |
| v. | : | |
| | : | |
| JEFFREY MARTIN, et al., | : | |
| | : | |
| Respondents. | : | |

# ORDER

**AND NOW**, this 18th day of March, 2019, upon consideration of Petitioner's Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e) (Doc. No. 37), it is hereby **ORDERED** that the Motion is **DENIED**. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
_____
**MITCHELL S. GOLDBERG, J.**